Argued January 19, ballot title approved January 26, 1972

CHAMBERS, *Petitioner, v.* MYERS ET AL, *Respondents.*

493 P2d 43

*Steve Anderson,* Salem, argued the cause and filed the brief for petitioner.

*Al J. Laue,* Assistant Attorney General, Salem, argued the cause for respondents. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before O'CONNELL, Chief Justice, and DENECKE, HOLMAN, TONGUE, HOWELL and BRYSON, Justices.

PER CURIAM.

The petitioner herein challenges the same ballot title involved in *Martindell and Portland General Electric v. Myers* decided this date.

The petitioner proposes the following ballot title:

## "PUBLIC SAFETY ACT REGULATING NUCLEAR PLANTS

"This measure amends Oregon Constitution to allow nuclear plants (except university operated) in Oregon only if appropriate state agency finds there will be no exposure of public or environment to radiation, provision is made for decontamination and removal on discontinuance of operation, and full liability insurance is maintained; and requires safety precautions. Findings of state agency ——— subject to referendum. Civil penalty of $10,000 per day provided for plants located or operating contrary to provision."

The ballot title returned by the Attorney General refers to the measure as *prohibiting* nuclear plants in Oregon unless certain conditions are met. The petitioner's suggested title would *allow* nuclear plants "only if" certain conditions are met.

We believe that the distinction, if any, is unimportant.

The ballot title prepared by the Attorney General, not being insufficient or unfair, is not subject to attack under ORS 254.077.

The ballot title is therefore approved.